*John Wayne Fox* and *Patricia M. Gaug*, in opposition.

Decided June 16, 2004

NATEYSHA MONK ET AL. *v.* TEMPLE GEORGE ASSOCIATES, LLC, ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 82 Conn. App. 660 (AC 24275), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the decision of the trial court granting the defendants' motion for summary judgment?"

The Supreme Court docket number is SC 17214.

*Steven D. Jacobs*, in support of the petition.

*Jonathan A. Beatty*, in opposition.

Decided June 16, 2004